Artists Worldwide, inc.

## Resolution to File
## Chapter 7 Bankruptcy

WHEREAS, the Corporation is insolvent and unable to pay its debts as they mature, and WHEREAS, it
would be in the best interests ofcreditors for the Corporation to file a voluntary petition underChapter 7 of the Bankruptcy Code, it is:

RESOLVED, that the Corporation file as soon as practicable abankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he/she is the duly elected and qualified Secretary and the custodian of the books and records and seal of artists worldwide ,a corporation duly formed pursuant to the laws of the state of  California and that the foregoing is a true
record of a resolution duly adopted at a meeting of the Share Holders  and that said meeting was held in accordance with
state law and the Bylaws of the above-named Corporation on June 28,2023,and that said resolution is now in full force and
effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this June 28, 2023.

*[signature]*

Chris Maggiore , CEO